1  Julie L. Hussey, Bar No. 237711
   JHussey@perkinscoie.com
2  PERKINS COIE LLP
   11988 El Camino Real, Suite 350
3  San Diego, CA 92130-2594
   Telephone: 858.720.5700
4  Facsimile: 858.720.5799

5  Max L. Rothman, Bar No. 313026
   MRothman@perkinscoie.com
6  PERKINS COIE LLP
   1888 Century Park E., Ste. 1700
7  Los Angeles, CA 90067
   Telephone: 310.788.3387
8  Facsimile: 310.788.3399

9  Attorneys for Defendant
   Amazon.com Services, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ANKER INNOVATIONS LIMITED; AMAZON.COM SERVICES, INC. dba AMAZON.COM, INC.; and Does 1 to 20, Inclusive.<br><br>Defendants. | Case No. 2:20-cv-00606-JAM-KJN<br><br>**ORDER RE STIPULATION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION FOR BREACH OF IMPLIED WARRANTIES AGAINST DEFENDANT AMAZON.COM SERVICES, INC.**<br><br>Judge: Hon. John A. Mendez |

| | |
|---|---|
| 1 | Pursuant to the stipulation between Plaintiff State Farm General Insurance |
| 2 | Company ("Plaintiff") and Defendant Amazon.com Services, Inc. ("Amazon"), and |
| 3 | good cause appearing therefore, it is hereby ordered that: |

Pursuant to the stipulation between Plaintiff State Farm General Insurance Company ("Plaintiff") and Defendant Amazon.com Services, Inc. ("Amazon"), and good cause appearing therefore, it is hereby ordered that:

Plaintiff's Third Cause of Action for Breach of Implied Warranty, as set forth in Plaintiff's Complaint for Damages, is dismissed without prejudice as to Amazon only.

**IT IS SO ORDERED.**

DATED: 4/8/2020        /s/ John A. Mendez___
                       Hon. John A. Mendez