JAMES J. YUKEVICH (SBN 159896)
  *jyukevich@yukelaw.com*
PATRICK J. CIMMARUSTI (SBN 224832)
  *pjcimmarusti@yukelaw.com*
JEFFREY W. CALIGIURI (SBN 273908)
  *jcaligiuri@yukelaw.com*
YUKEVICH | CAVANAUGH
355 S. Grand Avenue, 15th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 362-7777
Facsimile:   (213) 362-7788
Email:         eservice@yukelaw.com

Attorneys for Specially Appearing
ANKER INNOVATIONS LIMITED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ANKER INNOVATIONS LIMITED; AMAZON.COM SERVICES, INC. dba AMAZON.COM, INC.; and DOES 1-20, Inclusive,,<br><br>Defendants. | CASE NO.  2:20-cv-00606-JAM-KJN<br><br>**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Filed Concurrently with Stipulation to Extend Time to Respond to Complaint] |
|---|---|

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

.1 / -

1   Having reviewed the Stipulation to Extend Time to Respond to Complaint,
2 and for good cause shown, IT IS HEREBY ORDERED that the last day for ANKER
3 INNOVATIONS LIMITED to answer or respond to the Complaint of STATE
4 FARM GENERAL INSURANCE COMPANY is June 15, 2020.
5   IT IS SO ORDERED.

7 DATED:  June 2, 2020         /s/ John A. Mendez

          _____
          HON. JOHN A. MENDEZ
          United States District Court Judge

# PROOF OF SERVICE

**State Farm General Insurance Company v. Anker Innovations Limited, et al.
U.S.D.C. – Eastern District, Case No. 2:20-cv-00606-JAM-KJN**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, CA 90071-1560.

On June 2, 2020, I served true copies of the following document(s) described as **[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 2, 2020, at Los Angeles, California.

*Sara Villamarin*
Sara K. Villamarin

# SERVICE LIST
### State Farm General Insurance Company v. Anker Innovations Limited, et al.
### U.S.D.C. – Eastern District, Case No. 2:20-cv-00606-JAM-KJN

| | |
|---|---|
| Brian S. Letofsky, Esq.<br>Kari L. Probst, Esq.<br>**WATKINS & LETOFSKY, LLP**<br>2900 S Harbor Blvd., Suite 240<br>Santa Ana, CA 92704 | Attorneys for Plaintiff<br>STATE FARM GENERAL<br>INSURANCE COMPANY<br><br>T:  (949) 476-9400<br>F:  (949) 476-9407<br>E:  brian.letofsky@wl-llp.com<br>E:  kprobst@wl-llp.com |
| Julie L. Hussey, Esq.<br>**PERKINS COIE LLP**<br>11988 El Camino Real, Suite 350<br>San Diego, CA 92130-2594 | Attorneys for Defendant<br>AMAZON.COM SERVICES, INC.<br><br>T:  (858) 720-5700<br>F:  (858) 000-0000<br>E:  jhussey@perkinscoie.com |
| Max L. Rothman, Esq.<br>**PERKINS COIE LLP**<br>1888 Century Park E., Ste. 1700<br>Los Angeles, CA 90067 | Attorneys for Defendant<br>AMAZON.COM SERVICES, INC.<br><br>T:  (310) 788-9900<br>F:  (310) 788-3399<br>E:  mrothman@perkinscoie.com |
| PJ Lucca, Esq.<br>**MCCOY LEAVITT LASKEY LLC**<br>3015 Saint Charles St., Suite B<br>San Diego, CA 92106 | Attorneys for Defendant<br>AMAZON.COM SERVICES, INC.<br><br>T:  (609) 413-1390<br>F:  (262) 522-7020<br>E:  plucca@MLLlaw.com |