# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     vs.<br><br>ANKER INNOVATIONS LIMITED; AMAZON.COM SERVICES, INC. dba AMAZON.COM, INC.; and DOES 1-20, Inclusive,<br><br>            Defendants. | Case No.: 2:20-CV-00606-JAM-KJN<br><br>**ORDER DISMISSING ANKER INNOVATIONS LIMITED, WITHOUT PREJUDICE, PURSUANT TO JOINT STIPULATION**<br>**[FED. R. CIV. PROC., R 41]**<br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6<br><br>COMPLAINT FILED: 02/10/2020<br>TRIAL DATE: 01/20/2022 |

\\\

\\\

\\\

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to Joint Stipulation of Plaintiff STATE FARM GENERAL INSURANCE COMPANY and ANKER INNOVATIONS LIMITED, by and through their counsel of record, ANKER INNOVATIONS LIMITED, is hereby dismissed from the Plaintiff's Complaint and First Amended Complaint, without prejudice.

IT IS SO ORDERED.

DATED: 7/28/2020                    /s/ John A. Mendez_____
                                    JUDGE JOHN A. MENDEZ