**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>      vs.<br><br>ANKER INNOVATIONS LIMITED; AMAZON.COM SERVICES, INC. dba AMAZON.COM, INC.; and DOES 1-20, Inclusive,<br><br>            Defendants. | Case No.: 2:20-CV-00606-JAM-KJN<br><br>**ORDER DISMISSING AMAZON.COM SERVICES, INC., WITH PREJUDICE, PURSUANT TO JOINT STIPULATION [FED. R. CIV. PROC., R 41]**<br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6<br><br>COMPLAINT FILED: 02/10/2020<br>TRIAL DATE: 01/20/2022 |

\\\

\\\

\\\

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to Joint Stipulation of Plaintiff STATE FARM GENERAL INSURANCE COMPANY and AMAZON.COM SERVICES, INC., by and through their counsel of record, AMAZON.COM SERVICES, INC., is hereby dismissed from the Plaintiff's First Amended Complaint, with prejudice.

IT IS SO ORDERED.

DATED: August 25, 2020         /s/ John A. Mendez_____
                               JOHN A. MENDEZ