# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ANKER INNOVATIONS LIMITED; AMAZON.COM SERVICES, INC. dba AMAZON.COM, INC.; and DOES 1-20, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-CV-00606-JAM-KJN<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. John A. Mendez<br>Courtroom: 6<br><br>COMPLAINT FILED: 02/10/2020<br>TRIAL DATE: 01/20/2022 |

\\\

\\\

\\\

1

JOINT STIPULATION AND REQUEST FOR ORDER DISMISSING AMAZON WITH PREJUDICE
STF.1289/STF.1290

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, pursuant to the Stipulation of Plaintiff STATE FARM GENERAL INSURANCE COMPANY and Defendant ANKER INNOVATIONS LIMITED filed on July 28, 2020 (Docket No. 32), the Stipulation of Plaintiff and Defendant AMAZON.COM SERVICES, INC., filed on August 25, 2020 (Docket No. 39), this Court's Orders issued thereon (Docket Nos. 34 and 40, respectively), and Plaintiff's Notice and Request for Dismissal of the entire action with prejudice, including ANKER INNOVATIONS LIMITED and DOES 1-20, this matter is hereby dismissed, in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: 8/26/2020                    /s/ John A. Mendez_____
                                    JUDGE JOHN A. MENDEZ